

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2022

No. 04-22-00503-CV

Patrick **MINOR**,
Appellant

v.

**DIVERSE FACILITY SOLUTIONS**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00808
Honorable David A. Canales, Judge Presiding

# O R D E R

On September 8, 2022, appellant filed a notice of appeal stating his intent to appeal the trial court's "denial of default judgment." Because no final order has been entered in the underlying case, on September 28, 2022, we ordered appellant to show cause in writing no later than October 18, 2022 why this appeal should not be dismissed for lack of jurisdiction. On October 17, 2022, appellant filed a "Motion for Extension of Time to Prepair [sic] a Brief." Construing the motion as a request for extension of time to file a response to our show cause order,[1] we GRANT the requested extension and appellant is ORDERED to show cause in writing **no later than November 2, 2022** why this appeal should not be dismissed for lack of jurisdiction. If appellant does not respond by November 2, 2022, this appeal is subject to dismissal.

_____
Lori I. Valenzuela, Justice

---

[1] Appellant included a post-script requesting a public defender, which we do not have authority to grant.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2022.



Michael A. Cruz,
Clerk of Court